UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO: WA:13-CR-00215(1)-ADA |
| § | |
| (1) ARNOLD TENORIO PEREZ JR. § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause. On July 18, 2022 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) ARNOLD TENORIO PEREZ JR., which alleged that Perez violated a condition of his supervised release and recommended that Perez 's supervised release be revoked (Clerk's Document No. 41). A warrant issued and Perez was arrested. On March 17, 2025, Perez appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Perez appeared before the magistrate judge on March 25, 2025, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on March 26, 2025, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Perez, the magistrate judge recommends that this court

revoke Perez supervised release and that Perez be sentenced to imprisonment for TWENTY ONE (21) months, with no term supervised release to follow the term of imprisonment. The Court recommends that this sentence runs consecutive to any state court sentence. The defendant should receive credit for time served in federal custody, if applicable, as determined by the Bureau of Prisons (Clerk's Document No. 57).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On March 25, 2025, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 56). The court, having reviewed the entire record and finding no plain error, accepts

and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 57 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) ARNOLD TENORIO PEREZ JR.'s term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) ARNOLD TENORIO PEREZ JR. be imprisoned for TWENTY ONE (21) months with no term of supervised release. This sentence shall run consecutive to any state court sentence. The defendant should receive credit for time served in federal custody, if applicable, as determined by the Bureau of Prisons

Signed this 26th day of March, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE